1  Anthony M. Keats (Bar No. 123672)
   akeats@kmwlaw.com
2  David K. Caplan (Bar No. 181174)
   dcaplan@kmwlaw.com
3  Konrad K. Gatien (Bar No. 221770)
   kgatien@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
5  Penthouse Suite
   Beverly Hills, California 90212
6  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
7
8  Attorneys for Plaintiff
   Gucci America, Inc.
9

FILED
CLERK U.S. DISTRICT COURT

FEB 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                          WESTERN DIVISION

13

14  GUCCI AMERICA, INC., a New York          Case No.: CV 07-1978 GHK (CWx)
    corporation,
15                                            [PROPOSED]
              Plaintiff,
16                                            PERMANENT INJUNCTION
          v.
17
    BORSA, INC., a California corporation;
18  SHENGWEN VINCENT CHEN, also               NOTE CHANGES MADE BY THE COURT.
    known as VINCENT CHEN, an
19  individual; and JOHN DOES 1-10,
20
21            Defendants.
22
23
24
25
26
27
28

Based upon consideration of the Complaint, pleadings, declarations, memoranda, and papers and evidence submitted in this action, and in conformity with the Judgment entered in this action, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Defendant Borsa, Inc. and Defendant Shengwen Vincent Chen, also known as Vincent Chen (collectively, "Defendants"), and their ~~related entities,~~ employees, ~~affiliates,~~ servants, ~~representatives,~~ agents, ~~predecessors, assigns, and successors in interest of any kind, and all~~ persons ~~or entities under their direction and control or~~ in active concert or participation with them (hereinafter, "Related Entities") are immediately and permanently enjoined throughout the world from:

1.    directly or indirectly infringing Gucci's trademarks identified in **Exhibit 1** attached hereto (hereinafter, the "Gucci Trademarks") in any manner including generally, but not limited to, manufacturing (or causing to be manufactured), importing, marketing, advertising, selling, offering to sell, distributing, and otherwise exploiting any merchandise which infringes said Gucci Trademarks and manufacturing (or causing to be manufactured), importing, marketing, advertising, selling, offering to sell, distributing, and otherwise exploiting counterfeits or any other unauthorized products that picture, reproduce or utilize the likenesses of or which copy or bear a substantial similarity to the Gucci Trademarks;

2.    using any simulation, reproduction, counterfeit, copy or colorable imitation of the Gucci Trademarks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff;

1

3.      engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers and/or members of the public into believing, that the actions of Defendants, the products sold by Defendants or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are in some way connected or affiliated with Plaintiff;

4.      affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offering for sale of any goods or services, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff;

5.      infringing the aforementioned Gucci Trademarks, and damaging Plaintiff's goodwill, reputation, and business;

6.      using or continuing to use the Gucci Trademarks or trade names or any variation thereof in any manner which infringes or tends falsely to represent sponsorship, association or approval by Plaintiff such as on the Internet (either in the text of a websites, as a domain name, or as a key word, search word, metatag, or any part of the description of the site in any submission for registration of any Internet site with a search engine or index) in connection with any goods or services not directly authorized by Plaintiff;

7.      hosting or acting as an Internet Service Provider for, or operating any websites, that offer for sale any products bearing counterfeits of the Gucci Trademarks;

8.      using any email addresses to offer for sale any non-genuine products bearing counterfeits of the Gucci Trademarks;

2

9.     using eBay or PayPal to offer for sale any non-genuine products bearing counterfeits of the Gucci Trademarks;

10.    having any connection whatsoever with any websites that offer for sale any merchandise bearing counterfeits of the Gucci Trademarks;

11.    secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books of records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, or displaying of all unauthorized products which infringe the Gucci Trademarks; and

12.    effecting assignments or transfers of money, real or personal property, business licenses, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions or restrictions set forth in paragraphs 1-11, above.

The prohibitions set forth in paragraphs 1-12, above, do not enjoin Defendants and their Related Entities from engaging in comparative advertising, classic or nominative fair use, or other protected First Amendment activities to which Defendants are entitled under the Constitution of the United States.

**IT IS FURTHER ORDERED** that, within ten (10) calendar days of this Order, Defendants shall provide to Plaintiff a notarized declaration under oath in which Defendants set forth all information, including addresses, e-mail addresses, websites, and telephone numbers, sufficient to identify all sources from which or from whom Defendants obtained merchandise bearing counterfeits or infringements of the Gucci Trademarks.

**IT IS FURTHER ORDERED** that Defendants, within ten (10) calendar days of entry of this Order, take all steps necessary to remove from all websites owned, operated or controlled by Defendants and their Related Entities all text, graphics,

3

pictures, images, source code, metatags, or other media relating to Defendants' trafficking in, advertising, promoting, offering for sale and sale of any merchandise bearing counterfeits of the Gucci Trademarks.

**IT IS FURTHER ORDERED** that Defendants, within thirty (30) calendar days of entry of this Order, file and serve upon Plaintiff and its counsel a sworn statement setting forth in detail the manner in which Defendants have complied with this Order pursuant to 15 U.S.C. § 1116(a).

**IT IS FURTHER ORDERED** that Defendants deliver up for destruction to Plaintiff all unauthorized products and related documents in their, or their Related Entities, possession, custody or control, bearing any of the Gucci Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of production of same pursuant to 15 U.S.C. §1118.

**IT IS SO ORDERED.**

Dated: 2/6/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

By : _____/s/_____
    Konrad K. Gatien
    KEATS MCFARLAND & WILSON LLP
    Attorneys for Plaintiff
    GUCCI AMERICA, INC.

4

Exhibit 1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [＿＿]  OR  Jump  to record: [＿＿]  **Record 1 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, VALISES, SUITCASES AND DUFFEL BAGS. FIRST USE: 20050800. FIRST USE IN COMMERCE: 20050800 |
| | IC 025. US 022 039. G & S: SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS AND DRESSES. FIRST USE: 20050800. FIRST USE IN COMMERCE: 20050800 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.13.04 - Bridles; Other equipment for horses; Riding crops; Whips |
| **Serial Number** | 78661151 |
| **Filing Date** | June 29, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 22, 2007 |
| **Registration Number** | 3274316 |
| **Registration Date** | August 7, 2007 |

EXHIBIT ___1___
PAGE ___5___

| | |
|---|---|
| **Owner** | (REGISTRANT) **Gucci** America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | Lawrence W. Greene |
| **Description of Mark** | The mark consists of a repeating pattern of two-toned, stylized images of horse bits. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT _____1_____

PAGE _____6_____



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 6 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

# Gucci More

| | |
|---|---|
| **Word Mark** | GUCCI MORE |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Providing extended warranties on watches. FIRST USE: 20050200. FIRST USE IN COMMERCE: 20050200 |
| | IC 037. US 100 103 106. G & S: Watch repair. FIRST USE: 20050200. FIRST USE IN COMMERCE: 20050200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78716590 |
| **Filing Date** | September 20, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 4, 2006 |
| **Registration Number** | 3286963 |
| **Registration Date** | August 28, 2007 |
| **Owner** | (REGISTRANT) **Gucci** America, Inc. CORPORATION NEW YORK 16th Floor 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | LOUIS S. EDERER |
| **Prior Registrations** | 0959338;0972078;1092621;1097555;1132675;AND OTHERS |
| **Type of Mark** | SERVICE MARK |

EXHIBIT ___1___

PAGE ___I___

**Register**              PRINCIPAL
**Live/Dead Indicator**   LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1

PAGE 8



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [ ] OR **Jump** to record: [ ] **Record 7 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, VALISES, SUITCASES AND DUFFEL BAGS. FIRST USE: 20050800. FIRST USE IN COMMERCE: 20050800

IC 025. US 022 039. G & S: SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS AND DRESSES. FIRST USE: 20050800. FIRST USE IN COMMERCE: 20050800 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.13.04 - Bridles; Other equipment for horses; Riding crops; Whips |
| **Serial Number** | 78661141 |
| **Filing Date** | June 29, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 22, 2007 |
| **Registration Number** | 3274315 |
| **Registration Date** | August 7, 2007 |

EXHIBIT 1
PAGE 2

| | |
|---|---|
| **Owner** | (REGISTRANT) **Gucci** America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | Lawrence W. Greene, Jeffrey H. Epstein, Arthur J. Greenbaum, William M. Borchard, Lynn S. Fruchter, Baila H. Celedonia, Morton D. Goldberg, Mary L. Kevlin, Midge M. Hyman, Mark Montague, Robert W. Clarida, Dorothy R. Whitney, Deborah K. Squiers, Albert Robin, Arlana S. Cohen, Mark J. Speciner, Meichelle R. MacGregor, Kieran G. Doyle, Lindsey F. Jones, Thomas Kjellberg, Joel K. Schmidt, Antonio Borrelli, Heather Jensen, Sujata Chaudhri, Eugene L. Flanagan, Anastasia Zhadina, and all other attorneys |
| **Description of Mark** | The mark consists of a repeating pattern of stylized images of horse bits. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___1___
PAGE ___10___



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [____]  OR  Jump  to record: [____]  **Record 9 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: WALLETS, HANDBAGS, TOTE BAGS AND SHOULDER BAGS. FIRST USE: 20051101. FIRST USE IN COMMERCE: 20051101 |
| | IC 025. US 022 039. G & S: SCARVES, HATS AND SHOES. FIRST USE: 20051101. FIRST USE IN COMMERCE: 20051101 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 18.13.02 - Spurs; Stirrups |
| | 18.13.04 - Bridles; Other equipment for horses; Riding crops; Whips |
| **Serial Number** | 78765861 |
| **Filing Date** | December 2, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 6, 2007 |
| **Registration Number** | 3243972 |
| **Registration Date** | May 22, 2007 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of** | |

EXHIBIT ___1___

PAGE ___11___

| | |
|---|---|
| **Record** | Lawrence W. Greene |
| **Description of Mark** | The mark consists of design of horsebit in a repeating pattern. The stippling is for shading purposes. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1
PAGE 12



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [____] OR **Jump** to record: [____] **Record 10 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CREDIT CARD CASES, COSMETIC CASES SOLD EMPTY, ATTACHÉ CASES, VALISES, SUITCASES, DUFFEL BAGS. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200

IC 025. US 022 039. G & S: CLOTHING, NAMELY, NECKTIES, SCARVES, BELTS, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS, DRESSES, HATS AND FOOTWEAR. FIRST USE: 20040200. FIRST USE IN COMMERCE: 20040200 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.03.13 - Beltbuckles (Belt buckles); Belts, clothing; Belts, Weight lifting; Buckles, belt or shoe; Jump ropes
14.05.07 - Bits, drills; Drill bits; Drills
18.13.04 - Bridles; Other equipment for horses; Riding crops; Whips |
| **Serial Number** | 78678214 |
| **Filing Date** | July 26, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 20, 2007 |
| **Registration Number** | 3238962 |

EXHIBIT ___1___
PAGE ___13___

| | |
|---|---|
| **Registration Date** | May 8, 2007 |
| **Owner** | (REGISTRANT) **Gucci** America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | Lawrence W. Greene, Jeffrey H. Epstein, Arthur J. Greenbaum, William M. Borchard, Lynn S. Fruchter, Baila H. Celedonia, Morton D. Goldberg, Mary L. Kevlin, Midge M. Hyman, Mark Montague, Robert W. Clarida, Dorothy R. Whitney, Deborah K. Squiers, Albert Robin, Arlana S. Cohen, Mark J. Speciner, Meichelle R. MacGregor, Kieran G. Doyle, Lindsey F. Jones, Thomas Kjellberg, Joel K. Schmidt, Antonio Borrelli, Heather Jensen, Sujata Chaudhri, Eugene L. Flanagan, Anastasia Zhadina, and all other attorneys |
| **Prior Registrations** | 2037683;2885501 |
| **Description of Mark** | The mark consists of a stylized, three-dimensional image of one-half of a horse bit. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1
PAGE 14

http://tess2.uspto.gov/bin/showfield?f=doc&state=ti4hmt.6.10                    1/8/2008



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [____] OR Jump to record: [____]  **Record 17 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*

| | |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Eyeglass frames and sunglasses. FIRST USE: 20050100. FIRST USE IN COMMERCE: 20050100 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 16.03.07 - Eyeglasses; Frames, eyeglass; Glasses, eye; Glasses, safety; Goggles; Safety goggles; Spectacles; Sunglasses |
| **Trademark Search Facility Classification Code** | ART-16.03 Photography; cinematography; optics |
| **Serial Number** | 77189629 |
| **Filing Date** | May 24, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 11, 2007 |
| **Registration Number** | 3343722 |
| **Registration Date** | November 27, 2007 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York |

EXHIBIT  1
PAGE  15

http://tess2.uspto.gov/bin/showfield?f=doc&state=ti4hmt.6.17                              1/8/2008

|  |  |
|---|---|
|  | NEW YORK 10022 |
| **Attorney of Record** | Louis S. Ederer |
| **Prior Registrations** | 3238962 |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1
PAGE 16



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 10 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GG |
| **Goods and Services** | IC 025. US 022 039. G & S: neckties, belts, footwear and scarves. FIRST USE: 20040700. FIRST USE IN COMMERCE: 20040700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals<br>26.03.09 - Geometric figures, objects, humans, plants or animals forming the perimeter of an oval or bordering the perimeter of an oval; Ovals having animals as a border; Ovals having geometric figures as a border; Ovals having humans as a border; Ovals having objects as a border; Ovals having plants as a border<br>26.03.12 - Ovals with bars, bands and lines |
| **Serial Number** | 76629212 |
| **Filing Date** | January 28, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | 3039794 |
| **Registration Date** | January 10, 2006 |



EXHIBIT

| Owner | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
|---|---|
| Attorney of Record | George M. Borababy |
| Prior Registrations | 1106722;1107259;1107311 |
| Description of Mark | The stippling in the drawing is to show indentation of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___1___

PAGE ___18___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____  **Record 11 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

*Gucci*

| | |
|---|---|
| **Word Mark** | GUCCI |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Wallets, purses, handbags, shoulder bags, clutch bags, tote bags, duffel bags, business card cases, calling card cases, credit card cases, name card cases, key cases and attache cases. FIRST USE: 19670000. FIRST USE IN COMMERCE: 19670000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76629211 |
| **Filing Date** | January 28, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 6, 2005 |
| **Registration Number** | 3061918 |
| **Registration Date** | February 28, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy |

EXHIBIT 1

PAGE 15

**Prior Registrations**     0876292;AND OTHERS
**Type of Mark**            TRADEMARK
**Register**                PRINCIPAL
**Live/Dead Indicator**     LIVE



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT       |
PAGE          26



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ] OR  Jump  to record: [          ]   **Record 12 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
*Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GG |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: eyeglass frames and sunglasses. FIRST USE: 20031000. FIRST USE IN COMMERCE: 20031000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76621231 |
| **Filing Date** | November 17, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | 3039631 |
| **Registration Date** | January 10, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy |
| **Prior Registrations** | 1158170;1464522 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT ____
PAGE ___21___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 13 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  ( Use the "Back" button of the Internet *Browser to return to TESS)*



| **Word Mark** | GG |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: wallets, purses, handbags, tote bags, business card cases, credit card cases and key cases, partly or wholly of leather. FIRST USE: 20020900. FIRST USE IN COMMERCE: 20020900 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76621230 |
| **Filing Date** | November 17, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | 3039630 |
| **Registration Date** | January 10, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy |
| **Prior Registrations** | 1158170 |

EXHIBIT  1
PAGE  22

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ]  List At: [          ]  OR  [ Jump ]  to record: [          ]  **Record 14 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | GG |
|---|---|
| Goods and Services | IC 025. US 022 039. G & S: footwear and belts. FIRST USE: 20020900. FIRST USE IN COMMERCE: 20020900 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 76621229 |
| Filing Date | November 17, 2004 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 18, 2005 |
| Registration Number | 3039629 |
| Registration Date | January 10, 2006 |
| Owner | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| Attorney of Record | George M. Borababy |
| Prior Registrations | 1158170 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

EXHIBIT 1
PAGE 24

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At: [        ] OR | Jump | to record: [        ] **Record 15 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GG |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases and duffles. FIRST USE: 19660300. FIRST USE IN COMMERCE: 19660300. |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.31 - Circles - five or more; Five or more circles |
| **Serial Number** | 76611519 |
| **Filing Date** | September 15, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 3, 2006 |
| **Registration Number** | 3072549 |
| **Registration Date** | March 28, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |

EXHIBIT ___1___

PAGE ___25___

| | |
|---|---|
| **Attorney of Record** | George M. Borababy |
| **Prior Registrations** | 1106722;1107259;1107311;2680237;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ____1____

PAGE ____26____



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 16 out of 39**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GG GG GG GG GG |
| **Goods and Services** | IC 025. US 022 039. G & S: neckties, scarves, belts, footwear and gloves. FIRST USE: 19660300. FIRST USE IN COMMERCE: 19660300 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.31 - Circles - five or more; Five or more circles |
| **Serial Number** | 76611399 |
| **Filing Date** | September 15, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 3, 2006 |
| **Registration Number** | 3072547 |
| **Registration Date** | March 28, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy |
| **Prior Registrations** | 1106722;1107259;1107311;2680237;AND OTHERS |
| **Type of Mark** | TRADEMARK |

EXHIBIT 1
PAGE 27

**Register**          PRINCIPAL
**Live/Dead Indicator  LIVE**

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1
PAGE 28



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [        ] OR Jump to record: [        ] **Record 17 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: eyeglass frames and sunglasses. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76488197 |
| **Filing Date** | February 5, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 11, 2005 |
| **Registration Number** | 3037082 |
| **Registration Date** | January 3, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy, Esq. |
| **Prior Registrations** | 2042805;2234272 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT ____1____

PAGE ____29____



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GG |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry. FIRST USE: 20010800. FIRST USE IN COMMERCE: 20010800 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.31 - Circles - five or more; Five or more circles |
| **Serial Number** | 76326177 |
| **Filing Date** | October 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 5, 2002 |
| **Registration Number** | 2680237 |
| **Registration Date** | January 28, 2003 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy |
| **Prior Registrations** | 1106772;1107259;1216708;1220263;1223400;1236415;AND OTHERS |
| **Description of Mark** | The mark consists of a repeating pattern that includes the lettering "GG". |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT    1

PAGE    30

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [      ] OR  Jump  to record: [      ]  **Record 40 out of 80**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: wallets, purses, handbags, shoulder bags, clutch bags, tote bags, duffel bags, business card cases, credit card cases, key cases and attaché cases. FIRST USE: 20030700. FIRST USE IN COMMERCE: 20030700 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.11.11 - Rectangles divided twice into three sections 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 76629241 |
| **Filing Date** | January 28, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | February 28, 2006 |
| **Registration Number** | 3137327 |
| **Registration Date** | August 29, 2006 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | Louis S. Ederer |
| **Prior** | |

EXHIBIT 1
PAGE 31

| | |
|---|---|
| **Registrations** | 1122780;1511774;AND OTHERS |
| **Description of Mark** | The color(s) green and white is/are claimed as a feature of the mark. The mark consists of a multi-colored stripe comprised of a white stripe surrounded by two green stripes. |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 8 04:05:02 EST 2008

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 18 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | G |
|---|---|
| Goods and Services | IC 018. US 001 002 003 022 041. G & S: Wallets, purses, handbags, shoulder bags, clutch bags, tote bags, duffel bags, business card cases, credit card cases, key cases, and attaché cases. FIRST USE: 20040100. FIRST USE IN COMMERCE: 20040100 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 76628522 |
| Filing Date | January 21, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 8, 2005 |
| Registration Number | 3052779 |
| Registration Date | January 31, 2006 |
| Owner | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| Attorney of Record | George M. Borababy |
| Prior | |

EXHIBIT ___1___

PAGE ___33___

| | |
|---|---|
| **Registrations** | 2042805;2068107;2234272;2369842 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___I___
PAGE ___34___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | S.N.M. |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, suits, stockings, shirts, blouses, trousers, skirts; headwear, footwear; articles of outer clothing, namely, jackets, coats; articles of under clothing, namely, underwear; overalls, waistcoats, vests, pantyhose; knitted articles of clothing and articles of clothing made from knitted materials, namely, sweaters, skirts, trousers, dresses; articles of fancy dress, namely, dresses, trousers, shirts, skirts, blouses, suits, scarves, ties, dressing-gowns, bathrobes; sports clothing, namely, sweatshirts, shorts, jogging suits, sweat pants, jackets; sleepwear, hats, socks, belts, caps, gloves, aprons, jeans, neckwear, swimwear |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76165382 |
| **Filing Date** | November 15, 2000 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | June 4, 2002 |
| **Registration Number** | 2611854 |
| **Registration Date** | August 27, 2002 |
| **Owner** | (REGISTRANT) PRECIS (1995) LIMITED LIMITED COMPANY UNITED KINGDOM C/O GUCCI SERVICES LIMITED 4 GRAFTON STREET LONDON UNITED KINGDOM W1X3LB |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E Apolzon |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

EXHIBIT \_\_\_\_1

PAGE \_\_\_35

**Indicator**      LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___1___
PAGE ___36___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [   ]   OR   Jump   to record: [   ]   **Record 19 out of 39**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GUCCI RUSH |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: perfumes, colognes, eau de toilette and aftershave lotion. FIRST USE: 19990800. FIRST USE IN COMMERCE: 19990800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75630229 |
| **Filing Date** | January 29, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2530253 |
| **Registration Date** | January 15, 2002 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | George M. Borababy |
| **Prior Registrations** | 1140598;2021377;2065142;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

EXHIBIT _____

PAGE \_\_37\_\_



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*



**Record 44 out of 80**

( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ENVY |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: essential oils for personal use, perfumes, eaux de parfum, eaux de toilette, deodorants for personal use, soaps and liquid soaps for use on the human body, cosmetic body milks, cosmetic body powders, cosmetic body oils, bubble bath, cosmetic bath and shower preparations, namely, bath salts, bath gel and bath oils |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75201856 |
| **Filing Date** | November 19, 1996 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | September 30, 1997 |
| **Registration Number** | 2151968 |
| **Registration Date** | April 21, 1998 |
| **Owner** | (REGISTRANT) SCANNON S.A. CORPORATION FRANCE 10, rue de Castiglione 75001 PARIS FRANCE |
| | (LAST LISTED OWNER) **GUCCI** AMERICA, INC. CORPORATION NEW YORK 685 FIFTH AVENUE NEW YORK NEW YORK 10022 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Louis S. Ederer |
| **Priority Date** | May 24, 1996 |

EXHIBIT \_\_\_1\_\_\_
PAGE \_\_\_38\_\_\_

| **Prior Registrations** | 1899517 |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071024. |
| **Renewal** | 1ST RENEWAL 20071024 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT I
PAGE 39



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [＿＿] OR **Jump** to record: [＿＿] **Record 45 out of 80**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: WATCHES. FIRST USE: 19940400. FIRST USE IN COMMERCE: 19941200 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 17.01.01 - Pocket watches; Stop watches; Watches; Wristwatches |
| **Serial Number** | 75466112 |
| **Filing Date** | April 10, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 9, 1999 |
| **Registration Number** | 2885501 |
| **Registration Date** | September 21, 2004 |
| **Owner** | (REGISTRANT) **Gucci** America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | GEORGE M BORABABY |
| **Prior Registrations** | 2037683 |
| **Description of Mark** | The broken line shows preferred placement on the watch and is not claimed as part of the mark |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT ___I___

PAGE ___46___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: WATCHES and CLOCKS. FIRST USE: 19960430. FIRST USE IN COMMERCE: 19960900 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 75456924 |
| **Filing Date** | March 25, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 29, 1998 |
| **Registration Number** | 2234272 |
| **Registration Date** | March 23, 1999 |
| **Owner** | (REGISTRANT) GUCCI AMERICA, INC. CORPORATION NEW YORK 685 fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | GOERGE M BORABABY |
| **Prior Registrations** | 2042805 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

EXHIBIT ___1___

PAGE ___41___

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: WATCHES. FIRST USE: 19960400. FIRST USE IN COMMERCE: 19960400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 17.01.01 - Pocket watches; Stop watches; Watches; Wristwatches |
| **Serial Number** | 75466215 |
| **Filing Date** | April 10, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 19, 1999 |
| **Registration Number** | **2369842** |
| **Registration Date** | July 25, 2000 |
| **Owner** | (REGISTRANT) Gucci America, Inc. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | GEORGE M BORABABY |
| **Prior Registrations** | 2042805;2068107 |
| **Description of Mark** | The broken line shows preferred placement on the watch and is not claimed as part of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

EXHIBIT ___1___
PAGE ___42___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____] OR  Jump  to record: [_____]  **Record 20 out of 39**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
*Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: handbags. FIRST USE: 19941000. FIRST USE IN COMMERCE: 19950300 |
| | IC 025. US 022 039. G & S: belts[, gloves]. FIRST USE: 19941000. FIRST USE IN COMMERCE: 19950300 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74709786 |
| **Filing Date** | August 1, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 17, 1996 |
| **Registration Number** | 2042805 |
| **Registration Date** | March 11, 1997 |
| **Owner** | (REGISTRANT) GUCCI AMERICA, INC. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | LOUIS S. EDERER |
| **Prior Registrations** | 1106722;1107311;1142562;1158170;1920895;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070430. |

EXHIBIT ___1___

PAGE ___43___

**Renewal**                1ST RENEWAL 20070430
**Live/Dead Indicator**    LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1
PAGE 44



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ] **Record 21 out of 39**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | G |
| **Goods and Services** | IC 025. US 022 039. G & S: belts, gloves. FIRST USE: 19920700. FIRST USE IN COMMERCE: 19921200 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74709783 |
| **Filing Date** | August 1, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | March 31, 1997 |
| **Registration Number** | 2068107 |
| **Registration Date** | June 3, 1997 |
| **Owner** | (REGISTRANT) GUCCI AMERICA, INC. CORPORATION NEW YORK 685 Fifth Avenue New York NEW YORK 10022 |
| **Attorney of Record** | GEORGE M. BORABABY |
| **Prior Registrations** | 1106722;1158170;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

EXHIBIT ___1___

PAGE ___45___



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [            ] OR Jump to record: [            ] **Record 50 out of 80**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ENVY |
| **Goods and Services** | IC 003. US 051. G & S: perfume. FIRST USE: 19930702. FIRST USE IN COMMERCE: 19930702 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74352782 |
| **Filing Date** | January 27, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 9, 1993 |
| **Registration Number** | 1899517 |
| **Registration Date** | June 13, 1995 |
| **Owner** | (REGISTRANT) HOGAN, ELIJAH INDIVIDUAL UNITED STATES P.O. Box 2502 Kensington MARYLAND 20891 |
| | (LAST LISTED OWNER) **GUCCI** AMERICA, INC. CORPORATION BY ASSIGNMENT NEW YORK 685 FIFTH AVENUE NEW YORK NEW YORK 10022 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | GEORGE M. BORABABY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050405. |
| **Renewal** | 1ST RENEWAL 20050405 |
| **Live/Dead Indicator** | LIVE |

EXHIBIT __1__

PAGE __46__



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 8 04:05:02 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 51 out of 80**

---

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 039. G & S: FOOTWEAR. FIRST USE: 19670900. FIRST USE IN COMMERCE: 19670900 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.11.12 - Rectangles with bars, bands and lines<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 73562496 |
| **Filing Date** | October 10, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 12, 1988 |
| **Registration Number** | 1483526 |
| **Registration Date** | April 5, 1988 |
| **Owner** | (REGISTRANT) GUCCI AMERICA, INC. CORPORATION NEW YORK 685 Fifth Avenue New York NEW JERSEY 10022 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Louis S. Ederer |

EXHIBIT 1
PAGE 47

| | |
|---|---|
| **Prior Registrations** | 1122570;1159775;AND OTHERS |
| **Description of Mark** | THE MARK IS MADE UP OF A STRIPE CONTAINING THREE BANDS OF COLOR, THE COLORS BEING GREEN, RED THEN GREEN. THE MARK IS LINED FOR THE COLORS RED AND GREEN. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071025. |
| **Renewal** | 1ST RENEWAL 20071025 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT ___1___
PAGE ___48___